**Edward G. STINSON, Plaintiff–Appellant,**

v.

**ALAMEDA COUNTY; et al., Defendants–Appellees.**

No. 07–15135.

United States Court of Appeals, Ninth Circuit.

Submitted June 4, 2007.*

Filed June 12, 2007.

Edward G. Stinson, Oakland, CA, pro se.

Before: LEAVY, RYMER and T.G. NELSON, Circuit Judges.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

## MEMORANDUM **

To date, appellant has not responded to this court's April 9, 2007 order directing him to show cause, within 21 days, why summary affirmance of this appeal would not be appropriate. A review of the record and appellant's brief filed February 23, 2007, indicates that the questions raised in this appeal are so insubstantial as not to require further argument. *See United States v. Hooton,* 693 F.2d 857, 858 (9th Cir.1982) (per curiam). Accordingly, we summarily affirm the district court's judgment.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

